# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| FRANCIS B. HARRIS, | : | No. 57 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated 4/13/16, |
| | : | exited on 4/14/16, at No. 149 MD 2016 |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, COMMISSIONER, | : | |
| JOHN WETZEL, GRIEVANCE CO- | : | |
| ORDINATOR, DORINA VARNER, | : | |
| SUPERINTENDENT, ROBERT | : | |
| GILMORE, GRIEVANCE OFFICER, | : | |
| TRACY SHAWLEY, JOHN AND JANE | : | |
| DOE, | : | |
| | : | |
| Appellees | : | |

## *ORDER*

**PER CURIAM**                                   **DECIDED: January 17, 2017**

**AND NOW**, this 17th day of January, 2017, the Order of the Commonwealth Court is **AFFIRMED**. Appellant's Motion requesting appointment of counsel or appointment of law student to assist is **DENIED**. Appellant's Motion Requesting *Nunc Pro Tunc* and Letter in Application are **DENIED**.